**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:26-MJ-146-KFP** |
| | ) | |
| **CLAUDE HENRY BATES, JR.** | ) | |

**NOTICE OF APPEARANCE**

Undersigned Counsel, Stephen Ganter, enters his appearance on behalf of **CLAUDE HENRY BATES, JR.,** in the above-styled case.

Dated this 5th day of October, 2026.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:26-MJ-146-KFP** |
| | ) | |
| **CLAUDE HENRY BATES, JR.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**

**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org