IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 2:26-mj-00146-KFP
)
CLAUDE HENRY BATES, JR. )

**ORDER**

On October 7, 2026, the undersigned held a preliminary hearing pursuant to Rule 5.1(e), Fed. R. Crim. P. After considering the evidence presented, as ordered orally on the record, the undersigned found probable cause to believe an offense has been committed and Defendant committed it. Thus, Defendant is required to appear for further proceedings on this matter as set by this Court or by the charging district, the Southern District of Mississippi.

Done this 8th day of October, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE